UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **TED CLEMONS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**CITY OF TRENTON, et al.,**<br><br>Defendants. | Civil Action No. 10-4577 (FLW)<br><br><br>**PRETRIAL SCHEDULING ORDER** |

  **THIS MATTER** having come before the Court on **June 9, 2011**, for a telephone status conference; Dwaine Williamson, Esq., of The Williamson Law Firm, LLC, appearing on behalf of Plaintiffs; and Kimberly M. Wilson, Esq., of the Department of Law, City of Trenton, appearing on behalf of Defendants; and for good cause shown,

  **IT IS** on this **20th** day of **June, 2011,**

  **ORDERED** that Defendant is to advise the Plaintiff if there is consent to the proposed amended complaint by **June 17, 2011**. If there is consent, a consent order is to be submitted to the Court by no later than **June 24, 2011**; and it is further

  **ORDERED** that if there is no consent, Plaintiff is to submit a letter brief in support of the proposed amended complaint, setting forth the nature of the amendments, the legal bases supporting the amendments, and a red-lined version of the proposed amended complaint by **June 24, 2011.** Any opposition is to be submitted no later than **July 1, 2011**; and it is further

  **ORDERED** that Plaintiff is to respond to any outstanding discovery requests by no later than **June 24, 2011.** Defendant is to advise the Court if the discovery is not received; and it is further

  **ORDERED** that counsel will confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of an application to the Court. Any such dispute shall be brought to the Court's attention by letter, no more than five pages in total, setting forth the nature of the dispute and any efforts to resolve it. Any response shall be similarly limited to five pages in total and shall be submitted within forty-eight hours of the initial letter. **No discovery motion or motion for leave to amend will be entertained absent leave of Court and counsel's full compliance with** L. Civ. R. **37.1(a)(1);** *see also* L. Civ. R.

; and it is further

      **ORDERED** that a Settlement Conference will be conducted by the undersigned, at the Clarkson S. Fisher United States Courthouse, Trenton, New Jersey on **August 22, 2011 at 10:00am. Counsel and parties with full authority to settle the case are to be present.** Any failure in this regard shall result in the imposition of sanctions; and it is further

      **ORDERED** that by **August 17, 2011**, each party is to submit to Chambers a confidential letter, on an *ex parte* basis, not to exceed five pages in total, summarizing the relevant facts, the respective legal positions, the status of the case, and the party's position of settlement, including any settlement discussions that have taken place in anticipation of the Settlement Conference. Plaintiff is to serve Defendant with a demand by no later than **August 1, 2011**.

                                       **LOIS H. GOODMAN**
                                       **United States Magistrate Judge**